

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-15-2011

# R&J Holding Co v. The Redevelopment Authority of

Precedential or Non-Precedential: Precedential

Docket No. 10-1047

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"R&J Holding Co v. The Redevelopment Authority of" (2011). *2011 Decisions.* Paper 11.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/11

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-1047
_____

R&J HOLDING COMPANY;
RJ FLORIG INDUSTRIAL COMPANY, INC.,

Appellants

v.

THE REDEVELOPMENT AUTHORITY OF THE
COUNTY OF MONTGOMERY;
DONALD W. PULVER;
GREATER CONSHOHOCKEN IMPROVEMENT CORP.;
TBFA PARTNERS, L.P.
_____

Before: SLOVITER, SMITH, and NYGAARD, *Circuit Judges*

_____

ORDER AMENDING OPINION
_____

It is hereby ORDERED that the Precedential Majority Opinion filed on December 9, 2011, is hereby AMENDED as follows: The section designation of "III.D." on page 29 is amended to "III. E".

By the Court,

/s/ D. Brooks Smith
U.S. Circuit Judge

Date:        December 15, 2011

1